FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

13 DEC 16 PM 2: 14

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cause No. 1:13-CR- 87 |
| ) | |
| NATHAN ARNOLD ) | |

MOTION TO SEAL

The United States of America by its attorney, Tina L. Nommay, Assistant United States Attorney for the Northern District of Indiana, moves this Honorable Court for an Order **SEALING** the above-captioned case this date, until the defendant is arrested.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ Tina L. Nommay
Assistant United States Attorney
E. Ross Adair Federal Building
  U.S. Courthouse
1300 South Harrison Street
Room 3128
Fort Wayne, IN 46802-3489
Telephone:  (260) 422-2595
Facsimile:  (260) 426-1616
E-mail Address: tina.nommay@usdoj.gov