**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**
**APPEARANCE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER 1:13-CR-87 |
| V. ) | |
| ) | |
| NATHAN ARNOLD. ) | |

To the Clerk of this Court and all parties of record:

I, the below signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for:

**NATHAN ARNOLD**

Date: December 17, 2013

/s/ David M. Zent
Printed Name
23476-02
Indiana Attorney Registration Number
LEONARD, HAMMOND, THOMA & TERRILL
800 South Calhoun Street
Address
Fort Wayne, Indiana 46802
City          State          Zip Code
(260) 420-6000
Telephone Number
(260) 424-6000
Fax Number
E-mail Address: dzent@fwlawfirm.com